[Cite as *Ferrell v. Ohio State Univ. Med. Ctr.*, 2023-Ohio-4890.]

**IN THE COURT OF CLAIMS OF OHIO**

| | |
|---|---|
| MEGAN FERRELL, et al. | Case No. 2018-00002JD |
| Plaintiffs | Judge Dale A. Crawford |
| v. | <u>DECISION</u> |
| THE OHIO STATE UNIVERSITY MEDICAL CENTER, et al. | |
| Defendants | |

{¶1} On December 28, 2023, in *M.F. v. Ohio State Univ. Med. Ctr.*, 10th Dist. Franklin No. 23AP-297, 2023-Ohio-4799, ¶ 23, the Tenth District Court of Appeals reversed this Court's judgment and remanded this matter for further proceedings in accordance with law and consistent with the court of appeals' decision. In *M.F.* at ¶ 19, the court of appeals instructed: "[W]e are not remanding the case for a new trial; rather, we are remanding the case for the Court of Claims to review Dr. Duboe's videorecorded trial deposition testimony and determine whether that testimony alters its previous disposition on M.F.'s claims."

{¶2} The Court has reviewed the two-plus hour videorecorded trial testimony of Fred J. Duboe, M.D., as directed by the Tenth District Court of Appeals.[1] After reviewing Dr. Duboe's videorecorded trial testimony, the Court finds that Dr. Duboe's videorecorded trial testimony does not alter the Court's previous disposition of the claims (including M.F.'s claims) in this case. The Court is unable to determine the proximate cause of Cameroun Ferrell's injuries. Based upon the testimony of all witnesses, as well as Dr. Duboe's videorecorded trial testimony, the Court determines that the weight of the evidence is equally balanced and, consequently, Plaintiffs have failed to prove their

---

[1] A written copy of the deposition was not filed with the court.

claims by a preponderance of the evidence in this matter.  Judgment will again be entered in favor of Defendants.


DALE A. CRAWFORD
Judge

[Cite as *Ferrell v. Ohio State Univ. Med. Ctr.*, 2023-Ohio-4890.]

| | |
|---|---|
| MEGAN FERRELL, et al. | Case No. 2018-00002JD |
| Plaintiffs | Judge Dale A. Crawford |
| v. | <u>JUDGMENT ENTRY</u> |
| THE OHIO STATE UNIVERSITY MEDICAL CENTER, et al. | |
| Defendants | |

## IN THE COURT OF CLAIMS OF OHIO

{¶3} For reasons stated in the Decision filed concurrently herewith, judgment is entered in favor of Defendants.  Court costs are assessed equally against Plaintiffs.  The Clerk shall serve upon all parties notice of this judgment and its date of entry upon the journal.

DALE A. CRAWFORD
Judge

**Filed December 29, 2023**
**Sent to S.C. Reporter 1/30/24**